**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re:<br><br>TIFFANY LOCUS,<br><br>Debtor. | Case No. 26-10012-BFK<br>Chapter 13 |

**ORDER ALLOWING CASE TO PROCEED IN NORMAL COURSE**

On January 8, 2026, the Court held a hearing on the Debtor's Motion to Extend or Impose the Automatic Stay and Request for Expedited Hearing. Docket No. 5. Noting that the Debtor had filed this instant case and had an appeal pending in another bankruptcy case (Case No. 25-11801-KHK) (the "Prior Case"), the Court directed the Debtor to elect which case she wished to pursue, otherwise this case would be dismissed. Docket No. 29.

On January 14, 2026, the Debtor filed a Motion to Voluntarily Withdraw Chapter 13 Case Pursuant 11 U.S.C. 1307(b) in the Prior Case. Docket No. 73. Finding that the Debtor has timely complied with this Court's directive, this case shall be allowed to proceed in normal course. It is therefore

**ORDERED**:

1. The Debtor's bankruptcy case (26-10012-BFK) shall proceed in normal course.

2. The Clerk shall mail copies of this Order, or provide CM-ECF of its entry, to the parties listed below.

Date: Jan 15 2026

/s/ Brian F Kenney

Alexandria, Virginia

HONORABLE BRIAN F. KENNEY
CHIEF U.S. BANKRUPTCY JUDGE

Entered On Docket: Jan 15 2026

Copies to:

Tiffany Locus
3803 Elmwood Drive
Alexandria, VA 22303
*Chapter 13 Debtor, Pro Se*

Bradley Barna
Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.
3201 Jermantown Road
Suite 600
Fairfax, Virginia 22030
*Counsel to Unit Owners Association of Lafayette Forest*

Thomas P. Gorman
1414 Prince St.
Ste. 202
Alexandria, VA 22314
*Chapter 13 Trustee*

Matthew W. Cheney
1725 Duke Street
Suite 650
Alexandria, VA 22314
*U.S. Trustee*