**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: Tiffany Lynette Locus, | ) | |
| | ) | Case No: **26-10012** |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Conway Law Group, P.C., counsel for the Debtor, and respectfully moves this Court for entry of an Order permitting it to withdraw as counsel of record for the Debtor. In support thereof, Counsel states as follows:

1. Conway Law Group, P.C. is counsel of record for the Debtor in this bankruptcy case.
2. Since undertaking this representation, irreconcilable differences have arisen between Counsel and the Debtor, resulting in a complete breakdown of the attorney-client relationship.
3. The Debtor has repeatedly declined to follow Counsel's legal advice and has independently filed pleadings and motions with the Court without Counsel's knowledge or authorization.
4. As a result of the breakdown in the attorney-client relationship, Counsel can no longer effectively represent the Debtor, and good cause exists for withdrawal.
5. Withdrawal of Counsel is in the interests of justice and will permit the Debtor to proceed either pro se or with substitute counsel.

WHEREFORE, Conway Law Group, P.C. respectfully requests that this Court enter an Order permitting it to withdraw as counsel for the Debtor and granting such other and further relief as the Court deems just and proper.

/s/ Martin C. Conway
Martin C. Conway (VSB No. 34334)
Conway Law Group, PC
1320 Central Park Blvd, 200
Fredericksburg, VA 22401
855-848-3011
571-285-3334 (fax)
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via electronic mail and/or first class mail, postage prepaid and filed electronically via CM/ECF on July 2, 2026 to all parties listed on the mailing matrix and to:

Tiffany Lynette Locus
3803 Elmwood Drive
Alexandria, VA 22303
*Debtor*

Thomas Gorman,
1414 Prince Street, Suite 202
Alexandria, VA 22314
*Chapter 13 Trustee*

/s/ Martin C. Conway
Martin C. Conway