**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

2026 JUL 23 PM 3:05

In re: | | **Case No. 26-10012-BFK TIFFANY LOCUS, | Chapter 13 |** ***Debtor.*** |

**Honorable Brian F. Kenney**

## DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 12-2 FILED BY THE UNIT OWNERS ASSOCIATION OF LAFAYETTE FOREST, A CONDOMINIUM

COMES NOW the Debtor, Tiffany Locus, appearing *pro se*, and pursuant to 11 U.S.C. § 502(b), Federal Rule of Bankruptcy Procedure 3007, and Local Bankruptcy Rule 3007-1, respectfully files this Objection to Proof of Claim No. 12-2 filed by the Unit Owners Association of Lafayette Forest, a Condominium (the "UOA" or "Claimant") in the amount of $226,961.49, asserting $226,452.49 as secured by judgment liens against the Debtor's properties. In support thereof, the Debtor states as follows:

## I. BACKGROUND AND PROCEDURAL HISTORY

1. On January 5, 2026, the Debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code, initiating the above-captioned case, Case No. 26-10012-BFK. This is the case in which this objection is filed.

2. The UOA filed Proof of Claim No. 12-2 in the amount of $226,961.49, asserting that $226,452.49 of that amount is secured by a series of judgment liens against the Debtor's properties. The claim arises from the following judgments entered by the Circuit Court of Fairfax County:

    - **January 9, 2024:** $102,937.05 (Deed Book 00300, Page 1059);
    - **June 20, 2024:** $11,256.50 (Deed Book 00303, Page 0856);
    - **July 18, 2025:** $9,700.00 (Deed Book 00310, Page 0759).

3. The underlying assessment debt - the actual unpaid condominium dues giving rise to this entire dispute - is slightly less than $7,000.00, as this Court itself found in its Order Granting Motion for In Rem Relief from the Automatic Stay, entered June 29, 2026 (the "Order"). The remainder of the UOA's claim, approximately $220,000, consists almost entirely of attorney's fees accumulated through years of litigation pursued by the condo association for dues that were already paid.

4. This Court, in the Order, described the disparity between the underlying assessment debt and the attorney's fee awards as "astonishing," and characterized the UOA's litigation posture as "an ill-advised scorched earth litigation strategy on the part of the Debtor."

*Order at p. 2 n.2.* To correct the record, the Debtor brings to the court's attention that the condo association initiated a heavy strategy over a monthly bill of $400 in condo dues. While the Court attributed the strategy to the Debtor, the observation that hundreds of thousands of dollars in attorney's fees were generated to collect less than $7,000 in assessments raises a substantial and independent question about the reasonableness of those fees under applicable law. Furthermore, the Debtor did not initiate the underlying lawsuit in the first place and was responding to the scorched-earth litigation strategy led by the condo association over an initial $400 condo dues payment dispute.

5. The underlying state court judgments forming the basis of the UOA's claim are the subject of pending appeals before the Court of Appeals of Virginia, Record Nos. 1811-25-4 and 1812-25-4 (arising from Circuit Court Nos. CL-2024-13281 and CL-2023-0005390, respectively). Those appeals challenge the legality of the default judgment, the denial of a meaningful opportunity to be heard on the merits, and the attorney's fee awards themselves. Both appeals are currently administratively stayed pending resolution of this bankruptcy case.

6. While the Debtor vigorously disputes the validity, reasonableness, and enforceability of the $220,000.00+ attorney's fee component of Proof of Claim No. 12-2, the Debtor fully recognizes her ongoing statutory obligation to maintain current assessment payments. The Debtor remains ready, willing, and able to pay all legitimate, ongoing condominium assessments, as well as the reasonable underlying assessment balance, under a strict reservation of rights pending this Court's adjudication of the disputed fees under 11 U.S.C. § 502(b)(1). The Debtor's challenge is directed solely at the excessive, self-generated judgment fees, not her lawful obligation to contribute to the ongoing operation of the condominium community.

## II. GROUNDS FOR OBJECTION

### A. Unreasonable and Unenforceable Attorney's Fees Under 11 U.S.C. § 502(b)(1)

Under 11 U.S.C. § 502(b)(1), a claim shall be disallowed to the extent it is unenforceable against the debtor under applicable non-bankruptcy law. The UOA's right to recover attorney's fees derives from Virginia Code §§ 55.1-1966.E and 55.1-1966.J.8.c - the specific statutory provisions cited in the Circuit Court's July 30, 2025 Default Judgment Order — and from Article VI, Section 2(b) and Article X, Section 1(c) of the Association's Bylaws. Each of these sources authorizes recovery only of **"reasonable"** attorney's fees incurred in connection with the collection of assessments. The word "reasonable" is a substantive limitation, not a formality.

The Debtor objects to the attorney's fee component of the UOA's claim on the following specific grounds:

- **Fees disproportionate to the underlying debt:** Recovering more than $220,000 in attorney's fees to collect less than $7,000 in assessments is facially disproportionate and

fails the reasonableness standard under Virginia law, regardless of the tactical choices made during the litigation.

- **Fees generated by Claimant's litigious strategy:** As demonstrated by the official state court dockets, the Claimant initiated over **29 separate motions, filings, and subpoenas** in Case CL-2024-0013281 alone, multiplying the litigation by adding dozens of third-party financial institutions. The Claimant self-generated the vast majority of its own legal billables. ***See Exhibits 1 and 2 for the full court dockets of each case.***
- **Fees beyond the scope of assessment collection:** The UOA's excessive litigation encompassed allegations of fraudulent transfer claims, alter ego claims, and Commissioner of Sale proceedings - remedies that go well beyond "collection of assessments" in $400 monthly condo dues as authorized by Va. Code § 55.1-1966. Fees incurred in pursuing those expanded remedies exceed contractual and statutory authorizations.
- **Fees incurred while Debtor was unrepresented:** A significant portion of the fees were generated through default proceedings conducted while the Debtor was proceeding *pro se* and was unable to meaningfully contest the litigation, raising questions about whether those fees were reasonably and necessarily incurred.

**B. Lack of Itemization, Unreliable Accounting, and Failure of Prima Facie Validity Under Fed. R. Bankr. P. 3001(c)**

Under Federal Rule of Bankruptcy Procedure 3001(c)(1), if a claim is based on a writing or open account, a copy of the writing and a detailed itemization must be filed with the proof of claim. Under Rule 3001(f), a properly filed proof of claim constitutes *prima facie* evidence of the claim's validity and amount - **but only when the claim is filed in compliance with Rule 3001.** Where a claimant fails to attach the required documentation or relies on contradictory ledgers, the *prima facie* presumption does not attach.

The UOA's Proof of Claim No. 12-2 is structurally defective under Rule 3001(c) because it relies on an unreliable, fragmented, and un-reconciled billing history:

1. **Unexplained Rotation Across Four (4) Account Numbers:** As demonstrated by official billing statements and portal communications attached hereto as **Exhibits 3–6,** Claimant and its succession of property management companies (TWC Association Management and Abaris Real Estate Management Inc.) rotated the property account number across at least **four (4) distinct account designations** for the exact same physical property (*7717 Lafayette Forest Dr Unit 22*):
    - **Account No. 1 (14618332):** Assigned under TWC Association Management (2022–2024 billing coupons).

- **Account No. 2 (14637188):** Unilaterally assigned during the TWC/Abaris management transition (January 2025 statement).
- **Account No. 3 (V14677857):** Issued by Abaris Real Estate Management upon migration to the Vantaca/ClickPay platform (May/June 2025 transition notices).
- **Account No. 4 (V14678168):** Issued by Abaris Real Estate Management via direct portal credentials (May 25, 2026 portal login notice).

2. **Lack of a Unified Audit Trail:** Claimant has failed to produce a single, unified master ledger demonstrating how remitted funds were balance-forwarded, transferred, or credited across these four separate account numbers. Debtor requested a unified audit trail across the various accounts. ***See Exhibit** 7.*

3. **Contradictory Ledgers and Omissions:** Claimant's own billing statements contradict one another. For example, the January 20, 2025, statement under Account 14637188 reflected a prior balance of **$0.00** before adding $3,366.00 in new charges, whereas subsequent statements under V14677857 reflected radically altered balances that fail to credit payments submitted.

Without complete, itemized attorney billing records and a reconciled, single-ledger accounting bridging all four account numbers, the UOA has failed to establish *prima facie* evidence of the validity or accuracy of its claimed fees.

**C. Claimant's Refusal to Reconcile Account Destroys Prima Facie Validity and Proves Bad-Faith Fee Inflation**

A secured creditor in bankruptcy may not assert an inflated proof of claim while actively refusing to reconcile payments or verify the underlying debt.

1. **Explicit Written Request for Reconciliation:** Prior to and during these proceedings, the Debtor explicitly requested in writing that Claimant's legal counsel reconcile the subject account, verify payments remitted via certified cashier's checks, and provide an updated balance statement ( ***See Exhibit** 7* **- April 2025 Email Exchange**). The Debtor explicitly offered: *"If there remains any amount due after this review, I am prepared to promptly issue another certified check to settle the remaining balance".*

2. **Claimant's Flat Refusal to Reconcile:** Rather than providing a reconciled statement across the multiple account numbers or verifying received payments, Claimant's legal counsel flatly refused to pause litigation or conduct a reconciliation, asserting bluntly that *"there is nothing unaccounted for on our end, and we will not place any of our legal actions against you on hold"* (***See Exhibit** 7*).

3. **Creation of Artificial Defaults to Churn Legal Fees:** While forcing management transitions, changing account numbers, and implementing portal blackout periods (e.g.,

May 22–30, 2025), Claimant refused to process or reconcile submitted payments. Claimant used these self-created administrative disruptions to manufacture artificial defaults, which it then utilized as a pretext to file redundant state court lawsuits and churn over $200,000.00 in unearned legal fees.

Under 11 U.S.C. § 502(b)(1) and Va. Code § 55.1-1966, fees generated through such bad-faith, unnecessary litigation tactics are unreasonable and must be **disallowed in full.**

**D. Disputed Payment History**

The Debtor asserts that multiple payments were made toward the condominium assessments and related obligations between 2022 and 2026, including payments documented by banking records spanning numerous pages, which demonstrate that payments were submitted but not properly credited to the Debtor's account due to Claimant's rotating account numbers. The UOA's claim does not account for or reconcile these payments. To the extent the UOA's claimed balance fails to credit payments actually received, the claim is overstated and should be reduced accordingly.

**E. Pending State Court Appeals Warrant Limiting the Allowed Claim**

The judgments underlying the UOA's claim are the subject of pending, unbriefed appeals before the Court of Appeals of Virginia, Record Nos. 1811-25-4 and 1812-25-4, which challenge both the default judgment and the attorney's fee awards. Those appeals have been administratively stayed since March 9, 2026, and have never been heard on the merits. Permitting the full claimed amount to be allowed without accounting for the pending appellate challenge would cause substantial prejudice to the bankruptcy estate if the appeals later result in modification or reversal of the underlying judgments.

The Debtor respectfully requests that any order on this Objection expressly preserve the Debtor's right to seek further reduction of the allowed claim upon resolution of the state court appeals.

**III. LEGAL STANDARD**

Under 11 U.S.C. § 502(b)(1), a claim shall be allowed except to the extent it is unenforceable against the debtor under applicable law. A properly filed proof of claim is *prima facie* evidence of validity under Fed. R. Bankr. P. 3001(f), but this presumption is overcome when the objecting party produces evidence sufficient to negate one or more elements of the claim. *In re Harford Sands Inc.*, 372 F.3d 637, 640 (4th Cir. 2004). Once the debtor overcomes the *prima facie* presumption, the burden shifts to the claimant to establish the validity and amount of the claim by a preponderance of the evidence. *Id.*

Attorney's fee awards, even when embodied in state court judgments, remain subject to reasonableness review in bankruptcy under applicable non-bankruptcy law. Virginia Code §§ 55.1-1966.E and 55.1-1966.J.8.c authorize recovery only of "reasonable" fees, and this Court has authority under § 502(b)(1) to disallow fees that exceed that standard.

## IV. RESERVATION OF RIGHTS

The Debtor expressly reserves the right to supplement this Objection upon: (a) receipt and review of the UOA's complete, itemized billing records; (b) production of a full, audit-level reconciliation bridging all four account numbers (14618332, 14637188, V14677857, and V14678168); (c) resolution of the pending state court appeals in Record Nos. 1811-25-4 and 1812-25-4; (d) completion of the Trustee's disbursement history showing amounts paid to the UOA; and (e) further development of the record in this case.

## V. PRAYER FOR RELIEF

WHEREFORE, the Debtor respectfully requests that this Court:

(a) **Sustain** this Objection to Proof of Claim No. 12-2;

(b) **Order** the UOA to produce, within 30 days, complete itemized attorney billing records and a full payment accounting bridging all four (4) account numbers (14618332, 14637188, V14677857, and V14678168) supporting the claim;

(c) **Schedule** an evidentiary hearing after August 6 to allow Debtor to obtain legal counsel and fully address the reasonableness of the attorney's fee component of Proof of Claim No. 12-2 following production of the required documentation;

(d) **Disallow or reduce** the claim to the extent the attorney's fees are unreasonable, self-generated, not recoverable under applicable Virginia law, or outside the scope of governing contractual authority;

(e) **Temporarily allow** the claim at the undisputed amount - the underlying assessment debt of approximately $7,000 - pending resolution of this Objection and the pending state court appeals;

(f) **Preserve** the Debtor's right to seek further reduction of the allowed claim upon resolution of the Court of Appeals of Virginia proceedings in Record Nos. 1811-25-4 and 1812-25-4; and

(g) **Grant** such other and further relief as this Court deems just and proper.

Respectfully submitted,

[signature]

**Tiffany Locus,** *Debtor/Appellant pro se*

Dated: July 23, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 23 day of July, 2026, a true and correct copy of the foregoing pleading was served via the Court's CM/ECF electronic filing system or via first-class mail, postage prepaid, upon:

- **Bradley Barna and Michael C. Gartner,** Chadwick, Washington, Moriarty, Elmore & Bunn, P.C., 3201 Jermantown Road, Suite 600, Fairfax, VA 22030, counsel for the UOA
- **Thomas P. Gorman, Chapter 13 Trustee**, 1414 Prince St., Suite 202, Alexandria, VA 22314
- **Office of the U.S. Trustee**, Matthew W. Cheney, 1725 Duke Street, Suite 650, Alexandria, VA 22314

**Respectfully submitted,**

**Tiffany Locus** *Debtor/Appellant pro se*

Dated: July 23, 2026

# EXHIBIT 1

Roa Listing

CL-2023-0005390

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **Unit Owners Association of Lafayette, The vs. Tiffany Locus** | | | | |
| 01/14/2026 | PRAECIPE | Praecipe/Notice of Change of Counsel's Address | HPICK1 | Plaintiff |
| 01/07/2026 | FSCOA - VACES | File Sent to Court of Appeals - (Vaces) Addendum sent to COA regarding transcripts filed | BBENN4 | No Judge |
| 01/07/2026 | TRANSCRIPT FILED | FULL version of Transcript Filed - Hearing held on June 14, 2024 | BBENN4 | No Judge |
| 01/06/2026 | TRANSCRIPT FILED | CONDENSED Transcript Filed - Hearing held on June 14, 2024 - reached out to the appellant, Tiffany Locus that COA will not accept a condensed transcript and that the full version is needed | BBENN4 | No Judge |
| 01/06/2026 | FSCOA - VACES | File Sent to Court of Appeals - (Vaces) - Resubmission sent and notated that transcripts have not been filed on or before 1/5/2026 per the 12/15/2025 mandate | BBENN4 | No Judge |
| 12/15/2025 | REMAND COA | Remanded from Court of Appeals | CFLOR5 | No Judge |
| 12/15/2025 | MANDATE | Mandate Received from the Court of Appeals of Virginia dated December 15th, 2025. A time extension is granted to the appellant until January 5th, 2025. Clerk of the trial court will retransmit the record. | CFLOR5 | No Judge |
| 11/21/2025 | FSCOA - VACES | File Sent to Court of Appeals - (Vaces) | TBERRY | No Judge |
| 09/19/2025 | NOTACOA-CIVIL | Notice of Appeal to Court of Appeals-Civil - Notice with attached document filed<br>Order signed on 9/5/2025 - MFD | BBENN4 | Devine, Michael F. |
| 09/05/2025 | ORD | Order entered - Defendant's Motion to Reconsider is DENIED. -MFD(em: Plt and Def Atty) | MARIA1 | Devine, Michael F. |
| 08/29/2025 | MTR | Motion to Reconsider and to Set Aside Judgement-Sent to LC#14 | SKNIG3 | Defendant |
| 08/28/2025 | MANDATE | Mandate Received from Court of Appeals. Dated June 20, 2024. The Circuit Court's Judgment is Affirmed. The Appellant Must Pay to the Appellee Damages According to Law. | TBERRY | No Judge |
| 08/28/2025 | MANDATE | Mandate Received from the Court of Appeals. Dated July 2, 2025. On consideration of the Petition of the Appellant to Set Aside the Judgment Rendered Herein on the 20th Day of June, 2025 and Grant a Rehearing Thereof, the Said Petition is Denied. | TBERRY | No Judge |

Roa Listing

CL-2023-0005390

## Unit Owners Association of Lafayette, The vs. Tiffany Locus

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| 08/26/2025 | FO | Final Order entered - Defendant's Motion to Vacate or Amend Judgment this court's 1/4/24 is DENIED. -MFD | MARIA1 | Devine, Michael F. |
| 08/22/2025 | MOT | Motion to Set Aside Judgement Pursuant to VA. Code 8.01-428 Given to Motions Docket Clerk | SKNIG3 | No Judge |
| 08/13/2025 | ORD | Order entered - Defendant's 'Motion for Relief Under Rule 1:1A and Virginia Code is denied. -MFD(em: Plt and Def Atty) | MARIA1 | Devine, Michael F. |
| 07/31/2025 | MOT | Defendant's Motion for Relief Under Rule 1:1A and Virginia Code 8.01-428 | MORELL | Defendant |
| 07/30/2025 | ORD | Order entered - Finding On Jurisdiction Related To Motion To Reconsider. -MFD(em: Plt and Def Atty) | MARIA1 | Devine, Michael F. |
| 07/30/2025 | ORD | Order entered - Defendant's 'Motion to Vacate Judgment for Attorney's Fees' is denied. -MFD(em: Plt and Def Atty) | MARIA1 | Devine, Michael F. |
| 07/23/2025 | MOT | Motion to Reconsider Judgment for Attorney's Fees - Sent to LC#14 on 7/24/2025 | MORELL | Defendant |
| 07/17/2025 | OPPOSITION | Plaintiff's Opposition to Defendant's Motion to Vacate (Friday Motions Response from on last page) | HPICK1 | Plaintiff |
| 07/16/2025 | OTHER | Pro Se (Ms. Tiffany Locus) had filed a Praecipe for 7/25/25. The Motion has been removed per a Judge Signed Order. A motion for reconsideration of that Attorney Fees is being considered and an Email has been sent to LC 14. If a date certain is granted by Judge Devine it will be placed on the docket. | THOLL5 | Defendant |
| 07/16/2025 | OFF | Off the docket - case removed from docket - (Motion - 1 wk Civil Action - 07/25/2025 - 10:00 AM - Patrick M. Blanch - 02-Pro Se (Tiffany Locus)------- Motion to Vacate Attorney's Fees- removed per Final Order Signed by Judge. (LC 14 has been notified that it has become a Motion for Reconsideration)) 30.0 MINUTES | THOLL5 | Blanch, Patrick M. |
| 07/16/2025 | MEMO | Defendant's Memorandum in Opposition to the Court's Order Granting Plaintiff's Attorney's Fees on Appeal | MORELL | Defendant |

Roa Listing

CL-2023-0005390

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **Unit Owners Association of Lafayette, The vs. Tiffany Locus** | | | | |
| 07/14/2025 | HEAR | Hearing Scheduled (Motion - 1 wk Civil Action 07/25/2025 10:00 AM No Judge 02-Pro Se (Tiffany Locus)-Motion to Vacate Attorney's Fees) 30.0 MINUTES | THOLL5 | No Judge |
| 07/14/2025 | MOT | Motion to Vacate Judgment for Attorney's Fees | THOLL5 | No Judge |
| 07/14/2025 | OTHER | Declaration of Tiffany Locus in Opposition to Plaintiff's Application for Attorney's Fees on Appeal | MORELL | Defendant |
| 07/11/2025 | HRHDOP | Hearing Held - Order Pending (01 - Gartner - Application for Attorney's Fees on Appeal) | DPALAC | Devine, Michael F. |
| 07/11/2025 | FO | Final Order entered - Plaintiff is hereby awarded judgment against Defendant in the amount listed - MFD | MEPPER | Devine, Michael F. |
| 07/11/2025 | MANDATE | Mandate Received - Filed in Courtroom - the said petition is denied | BBENN4 | No Judge |
| 07/11/2025 | MANDATE | Mandate Received - Filed in Courtroom - the circuit court's judgment is affirmed. The appellant must pay to the appellee damages according to law | BBENN4 | No Judge |
| 07/11/2025 | AFFIDAVIT | Attorneys' Fee Affidavit | MEPPER | No Judge |
| 07/09/2025 | MOT | Motion in Opposition to Plaintiff's Application for Attorneys' Fees on Appeal | MEPPER | Defendant |
| 07/07/2025 | HEAR | Hearing Scheduled (Motion - 1 wk Civil Action 07/11/2025 10:00 AM Michael F. Devine 01 - Gartner - Application for Attorney's Fees on Appeal) 0.0 MINUTES | KKREM1 | Devine, Michael F. |
| 07/03/2025 | MOT | Motion to Vacate Judgment for Attorney's Fees | MORELL | Defendant |
| 07/02/2025 | FMP | Friday Motions Praecipe | MEPPER | No Judge |
| 07/02/2025 | MOT | Plaintiff's Application for Attorney's Fees on Appeal | MEPPER | No Judge |
| 03/10/2025 | TRANSCRIPT FILED | Transcript Filed (Hearing Held on 6/14/2024 with Judge Devine) | MMOOR4 | No Judge |
| 10/25/2024 | FSCOA - VACES | File Sent to Court of Appeals - (Vaces) | JLIU00 | No Judge |
| 08/23/2024 | NOTACOA-CIVIL | Notice of Appeal to Court of Appeals-Civil<br>Order signed on 7/24/2024 - MFD | BBENN4 | Devine, Michael F. |
| 08/23/2024 | MOT | Pro-se request for reconsideration or rehearing | YAKL00 | Defendant |

Roa Listing

CL-2023-0005390

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **Unit Owners Association of Lafayette, The vs. Tiffany Locus** | | | | |
| 07/24/2024 | FO | Final Order entered - Judgment awarded to Plaintiff is reinstated, and that this constitutes as a Final order of the court. -MFD (em: Plt and Def Atty) | MARIA1 | Devine, Michael F. |
| 07/24/2024 | ORD | Order entered - Motion is denied for reconsideration. -MFD(em: Plt and Def Atty) | MARIA1 | Devine, Michael F. |
| 07/19/2024 | OPPOSITION | Plaintiff's Opposition to Defendant's Motion for Reconsideration | EGUER2 | Plaintiff |
| 07/19/2024 | CORRESPONDE | Letter | EGUER2 | No Judge |
| 07/08/2024 | ORD | **********VACATED per MFD as of 7/24/24************ Order entered - Order regarding 6/14/24 to be suspended. -DLB (em: Plt and Def Atty) | MARIA1 | Bernhard, David |
| 07/08/2024 | MOT | Motion to Reconsider (gave to LC #14) | EGUER2 | No Judge |
| 06/14/2024 | FO | ***********SUSPENDED per DLB as of 7/8/24******************** Final Order entered - Plaintiff is awarded judgement against Defendant. -MFD (em: Plt and Def Atty/ Judgments) | MARIA1 | Devine, Michael F. |
| 06/14/2024 | HRHDFOE | Hearing Held - Final Order to be Entered (CCJ/MFD------Hearing on Attorneys Fees is Scheduled with Judge Devine @ 1pm) | DPALAC | Devine, Michael F. |
| 06/14/2024 | SUPPLEMENTA | Supplemental Opposition to Plaintiff's Application for Attorney's Fees and Costs on Appeal | MCASTE | Defendant |
| 06/06/2024 | ATTY RETAINED | Appearance filed by Attorney Michael C. Gartner, PLLC for Unit Owners Association of Lafayette, The. | EGUER2 | No Judge |
| 06/06/2024 | NOT | Notice Change of Address and Law Firm | EGUER2 | Plaintiff |
| 06/05/2024 | HEAR | Hearing Scheduled (Motion - 2 wk Civil Action 06/14/2024 1:00 PM Michael F. Devine CCJ/MFD------Hearing on Attorneys Fees is Scheduled with Judge Devine @ 1pm) 30.0 MINUTES | THOLL5 | Devine, Michael F. |
| 06/05/2024 | CC ORDER | Order-Calendar Control Judge-ORDER Entered- Plaintiff's request to set a hearing for attorney's fees-GRANTED. Hearing on attorney's fee set on 6/14/24 at 1pm for 30 min hearing with MFD. (MFD) | MGATE2 | Devine, Michael F. |
| 06/05/2024 | OTHER | Plaintiff's Application for Attorney's Fees and Costs on Appeal | EGUER2 | Plaintiff |
| 06/05/2024 | CORRESPONDE | Letter | EGUER2 | Plaintiff |

Roa Listing

CL-2023-0005390

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **Unit Owners Association of Lafayette, The vs. Tiffany Locus** | | | | |
| 04/05/2024 | FSCOA - VACES | File Sent to Court of Appeals - (Vaces) | KPATTE | No Judge |
| 02/27/2024 | OTHER | Exhibit Log - Plaintiff 1 Binder Defendant 1 Binder | MARIA1 | No Judge |
| 02/27/2024 | EXHIBIT LIST | Plaintiff's Exhibit List Admitted and ID | MLEE16 | No Judge |
| 02/27/2024 | EXHIBIT LIST | Defendant's Exhibit List Admitted and ID | MLEE16 | No Judge |
| 01/25/2024 | NOTACOA-CIVIL | Notice of Appeal to Court of Appeals-Civil<br>Order signed 01/04/2024 -MFD<br>Filing Fee Waived | TBERRY | No Judge |
| 01/23/2024 | REFUND | Refunded Overage $29 | OSANTA | No Judge |
| 01/08/2024 | EMAIL NOTIFICATION | Email notification sent to parties with attachments | MBEIDL | No Judge |
| 01/04/2024 | FO | Final Order entered - Judgment is entered in favor of the Plaintiff - MFD | MBEIDL | Devine, Michael F. |
| 01/03/2024 | OPPOSITION | Defendant's Opposition to Plaintiff's Claim for Attorney's Fees and Costs | MLEE16 | Defendant |
| 12/18/2023 | SPS AFF | Special Process Server Affidavit on Navy Federal Credit Union on 12/15/2023- NF | JZEEMA | No Judge |
| 12/15/2023 | AISDT | Attorney Issued Subpoena Duces Tecum - Pacific Western Bank | TBERRY | No Judge |
| 12/14/2023 | COURTROOM CLERK NOTES | Courtroom Clerk Notes (Day 3) | DPALAC | Devine, Michael F. |
| 12/14/2023 | HRHD | Hearing Held Hearing type: Appeal - GDC Cvl No Jury (under 3 hours) Hearing date: 12/14/2023 Time: 2:00 PM Hearing type: (Day 3 (continued from 11.30.23)) | DPALAC | Devine, Michael F. |
| 12/14/2023 | CORRESPONDE | Correspondence | JLIU00 | No Judge |
| 12/14/2023 | DP | Documents Produced- Bank of America N.A. - ( USB Placed in Drawer near Confidentiality Clerks Desk ) | IGONZA | No Judge |
| 12/14/2023 | PRAECIPE | Appearance of Counsel Praecipe | MLEE16 | Defendant |
| 12/14/2023 | ATTY RETAINED | Appearance filed by Attorney Pro Se, for Tiffany Locus. | MLEE16 | No Judge |
| 12/08/2023 | | Subpoena Issued Navy Federal Credit Union 12/14/2023 at 2:00 PM | CSMI32 | No Judge |
| 12/08/2023 | SUBP ISS | Subpoena Issued 12/08/2023 on Navy Federal Credit Union | CSMI32 | No Judge |

Roa Listing

CL-2023-0005390

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **Unit Owners Association of Lafayette, The vs. Tiffany Locus** | | | | |
| 12/07/2023 | CC ORDER | Order - Appearance Before Calendar Control Judge - ORDER Entered - Defendant's request to continue the currently scheduled matter as my counsel withdrew from the case and I need additional time to find an attorney as my attorney withdrew from this case mid-trial. Plaintiff has continued the matter two times previously; wants to do more discovery - DENIED - This case was continued mid trial. Additional deposition occurred in the meantime, then defendant's counsel withdrew for "ethical reasons". The time to obtain additional bank records by the defendant has expired. (MFD) | TSPIL1 | Devine, Michael F. |
| 12/07/2023 | REQ | Request for Foreign Subpoena (Received too late for issuance prior to production date) | CSMI32 | Defendant |
| 12/07/2023 | REQ | Request for Subpoena Duces Tecum to Bank of America (Received too late to issue and get served by Richmond City sheriff 12/12/2023) | CSMI32 | No Judge |
| 12/06/2023 | ATTY WD - CIV | Attorney Withdrawn | SFITZ2 | No Judge |
| 12/06/2023 | NOT | Notice for Calendar Control. | ZNGUY1 | Defendant |
| 12/06/2023 | REQ | Request for Subpoena to Testify & Produce (1 total - Service by Sheriff: Fairfax County - ISSUED 12/8/23) | CSMI32 | No Judge |
| 12/01/2023 | ORD | Order entered - Order of Withdrawal - MFD | SFITZ2 | Devine, Michael F. |
| 11/30/2023 | CC ORDER | Order - Appearance before Judge (in court) - Order entered | DPALAC | Devine, Michael F. |
| 11/30/2023 | COURTROOM CLERK NOTES | Courtroom Clerk Notes -- Day 2 | DPALAC | Devine, Michael F. |
| 11/30/2023 | HEAR | Hearing Scheduled (Appeal - GDC Cvl No Jury (under 3 hours) 12/14/2023 2:00 PM Michael F. Devine Day 3 (continued from 11.30.23)) 0.0 MINUTES | DPALAC | Devine, Michael F. |
| 11/30/2023 | OVER | Case Carried Over to Another Day | DPALAC | Devine, Michael F. |
| 11/22/2023 | SPS AFF | Special Process Server Affidavit - Elizabeth S. Fike on 11/13/2023 - In Person | DROBI4 | No Judge |
| 11/17/2023 | TRANSCRIPT FILED | Transcript Filed - Deposition of Commonwealth One Federal Credit Union held on 11/13/2023 | JZEEMA | No Judge |

Roa Listing

CL-2023-0005390

## Unit Owners Association of Lafayette, The vs. Tiffany Locus

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| 11/15/2023 | CC ORDER | Order - Appearance Before Calendar Control Judge - ORDER Entered - Defendant's request to set hearing on counsel's motion to withdraw before Judge Devine - DENIED - The request is denied without prejudice so that defendant can make the request to the chief judge. (DAO) | TSPIL1 | Oblon, David A. |
| 11/15/2023 | NOT | Attachment for Calendar Control. | ZNGUY1 | Defendant |
| 11/14/2023 | MOT | Motion to Withdraw as Defendant's Counsel | MBEIDL | Defendant |
| 11/06/2023 | SPS DT | Special Process Server Affidavit for Subpoena Duces Tecum - on CommonWealth One Federal Credit Union on October 25, 2023 - BU (Nana Sarkodee-Addo) | CGRAND | No Judge |
| 11/01/2023 | SPS WIT | Special Process Server Affidavit for Witness Subpoena on CommonWealth One Credit Union - Served on 10/25/23-Business (Nana Sarkodee-Addo/Asst Bank Mgr) | THOLL5 | No Judge |
| 10/23/2023 | COURTROOM CLERK NOTES | Courtroom Clerk Notes | DPALAC | Devine, Michael F. |
| 10/23/2023 | HEAR | Hearing Scheduled (Appeal - GDC Cvl No Jury (under 3 hours) 11/30/2023 2:00 PM Michael F. Devine 3 hour GDC Appeal - Warrant in Debt -- continued from 10.23.23) 3.0 HOURS | DPALAC | Devine, Michael F. |
| 10/23/2023 | CONT JUDGE | Continuance granted by judge - (Appeal - GDC Cvl No Jury (under 3 hours) - 10/23/2023 - 10:00 AM - Michael F. Devine - 3 hour GDC Appeal - Warrant in Debt<br>cont. from 8/31/2023 per CCJ/DAO<br>9/26: e/m to plt & def atty's for status<br>10/16: e/m to plt & def atty's for follow up<br>10/19: e/m from plt atty, matter still on) 3.0 HOURS | DPALAC | Devine, Michael F. |
| 10/13/2023 | CC ORDER | Order - Appearance Before Calendar Control Judge - ORDER Entered - Joint request to continue trial - DENIED. (BAK) | TSPIL1 | Kassabian, Brett A. |
| 10/13/2023 | NOT | Attachment for Calendar Control. | ZNGUY1 | No Judge |
| 10/05/2023 | ORD | Order entered - Motion to Compel Is Granted - GBC | SFITZ2 | Carroll, Grace Burke |

Roa Listing

CL-2023-0005390

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **Unit Owners Association of Lafayette, The vs. Tiffany Locus** | | | | |
| 10/05/2023 | OFF | Off the docket - case removed from docket - (Motion - 2 wk Civil Action - 10/06/2023 - 10:00 AM - Grace Burke Carroll - 01 - Lopez Knapp - Motion to Compel - removed per LC 13) 15.0 MINUTES | ASIMM2 | Carroll, Grace Burke |
| 09/22/2023 | MOT COMPEL | Plaintiff's Motion to Compel | ASIMM2 | Plaintiff |
| 09/22/2023 | HEAR | Hearing Scheduled (Motion - 2 wk Civil Action 10/06/2023 10:00 AM No Judge 01 - Lopez Knapp - Motion to Compel) 15.0 MINUTES | ASIMM2 | No Judge |
| 08/25/2023 | CC ORDER | Order - Appearance Before Calendar Control Judge - ORDER Entered - Defendant's request to continue - GRANTED - 8/31/2023 trial continued to 10/23/2023 for 3 hours. (DAO) | TSPIL1 | Oblon, David A. |
| 08/25/2023 | HEAR | Hearing Scheduled (Appeal - GDC Cvl No Jury (under 3 hours) 10/23/2023 10:00 AM No Judge 3 hour GDC Appeal - Warrant in Debt cont. from 8/31/2023 per CCJ/DAO) 3.0 HOURS | TSPIL1 | No Judge |
| 08/25/2023 | CONT CC | Continuance Calendar Control (Appeal - GDC Cvl No Jury (under 3 hours) - 08/31/2023 - 10:00 AM - David A. Oblon - 3 hour GDC Appeal - Warrant in Debt cont. from 5/25/2023 per CCJ/MFD 8/3: e/m plt atty & def atty. 8/22: sent follow-up e/m to pro se plt & def atty.) 3.0 HOURS | TSPIL1 | Oblon, David A. |
| 08/25/2023 | NOT | Notice for Calendar Control. | ZNGUY1 | Defendant |
| 05/19/2023 | CC ORDER | Order - Appearance before Calendar Control Judge - ORDER Entered - Joint request to continue - GRANTED - 5/25/2023 trial continued to 8/31/2023. (MFD) | TSPIL1 | Devine, Michael F. |
| 05/19/2023 | HEAR | Hearing Scheduled (Appeal - GDC Cvl No Jury (under 3 hours) 08/31/2023 10:00 AM No Judge 3 hour GDC Appeal - Warrant in Debt cont. from 5/25/2023 per CCJ/MFD) 3.0 HOURS | TSPIL1 | No Judge |
| 05/19/2023 | CONT CC | Continuance Calendar Control (Appeal - GDC Cvl No Jury (under 3 hours) - 05/25/2023 - 10:00 AM - No Judge - GDC Appeal - Warrant in Debt 5/15: e/m to plt atty & def atty; e/m resp from plt atty – going to seek a continuance through cc) 3.0 HOURS | TSPIL1 | No Judge |

Roa Listing

CL-2023-0005390

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **Unit Owners Association of Lafayette, The vs. Tiffany Locus** | | | | |
| 05/15/2023 | ATTY RETAINED | Appearance filed by Attorney Claudia Lopez-Knapp, McClanahan Powers, PLLC for Unit Owners Association of Lafayette, The. | KPRATT | No Judge |
| 05/01/2023 | SPS DT | Special Process Server Affidavit for Subpoena Duces Tecum: Bank of America - Served on 04/26/2023 - BU (Julie Parrish, RA) | RFEREB | No Judge |
| 05/01/2023 | SPS DT | Special Process Server Affidavit for Subpoena Duces Tecum: Navy Federal Credit Union - Served on 04/26/2023 - BU (Rene Nordquist, RA) | RFEREB | No Judge |
| 04/27/2023 | SERV | Notice Issued for Service to Tiffany Locus on 04/19/2023; Assigned to CERT MAIL, Service Fee of , 7717 Lafayette Forest Dr #22, Annandale, VA 22003 SERVED ON -04/27/2023 - Certified Mail | AQUINT | No Judge |
| 04/19/2023 | ISSUED | Notice Issued for Service to Tiffany Locus on 04/19/2023; Assigned to CERT MAIL, Serve 7717 Lafayette Forest Dr #22, , Annandale, VA 22003 | JLADUC | No Judge |
| 04/19/2023 | ISSUED | Notice Issued for Service to Unit Owners Association of Lafayette, The on 04/19/2023; Assigned to CERT MAIL, Serve 3190 Fairview Park Drive Suite 800, c/o Whiteford, Taylor & Preston LLP, Falls Church, VA 22042 | JLADUC | No Judge |
| 04/19/2023 | HEAR | Hearing Scheduled (Appeal - GDC Cvl No Jury (under 3 hours) 05/25/2023 10:00 AM No Judge GDC Appeal - Warrant in Debt) 3.0 HOURS | JLADUC | No Judge |
| 04/13/2023 | CORRESPONE | Correspondence - Petition for processing in civil case without payment of fees or costs granted mailed to Plaintiff | ASALA2 | No Judge |
| 04/05/2023 | NFBIND | Non Fee Balance - Indigent | ASALA2 | No Judge |
| 03/31/2023 | PET | Petition for proceeding in Civil Case without Payment of fees or Costs | CAGUIL | Defendant |
| 03/31/2023 | ORD | Order entered - Petition for processing in civil case without payment of fees or costs granted to Defendant. (CAL) | ASALA2 | Leary, Christie A. |
| 03/31/2023 | A NEW CASE FILED | GDC Appeal filed by Locus, Tiffany, Receipt Amount: Receipt #: | CAGUIL | No Judge |
| 03/31/2023 | ATTY RETAINED | Appearance filed by Attorney Pro Se, for Tiffany Locus. | CAGUIL | No Judge |
| 03/31/2023 | ATTY RETAINED | Appearance filed by Attorney William DeVinney, Baker & Hostetler LLP for Tiffany Locus. | JLADUC | No Judge |

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|

**Unit Owners Association of Lafayette, The vs. Tiffany Locus**

# EXHIBIT 2

Fairfax Circuit Court

User: JVACC1

Roa Listing

CL-2024-0013281

## The Unit Owners Association of Lafayette Forest vs. Tiffany Locus et al.

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| 07/15/2026 | NOT | Notice of In Rem Relief From the Automatic Stay | SKNIG3 | Plaintiff |
| 01/14/2026 | OFF | Off the docket - case removed from docket - (Motion - 1 wk Civil Action - 01/23/2026 - 10:00 AM - No Judge - 01-Gartner-Motion to Vacate Final Order-removed per LC 12) 10.0 MINUTES | THOLL5 | No Judge |
| 01/14/2026 | PRAECIPE | Praecipe/Notice of Change of Counsel's Address | HPICK1 | Plaintiff |
| 01/13/2026 | HEAR | Hearing Scheduled (Motion - 1 wk Civil Action 01/23/2026 10:00 AM No Judge 01-Gartner-Motion to Vacate Final Order) 10.0 MINUTES | THOLL5 | No Judge |
| 01/13/2026 | FMP | Friday Motions Praecipe - sent to DCTP | HPICK1 | Plaintiff |
| 01/13/2026 | MOT | Motion to Vacate "Final Order" | HPICK1 | Plaintiff |
| 01/13/2026 | REIN | Case Reinstated - Within 21 Days - No Fee | HPICK1 | Plaintiff |
| 01/12/2026 | SERV | Friday Motions Praecipe: Served On Tenant(s) Occupants: 01/09/2026; Service Method: Posted | LOQUBA | No Judge |
| 01/08/2026 | FO | * * * VACATED by PSA on 01/13/2026 * * *<br>Final Order entered - Final Order - PSA | MBERGE | Azcarate, Penney S. |
| 01/08/2026 | OFF | Off the docket - case removed from docket - (Motion - 1 wk Civil Action - 01/09/2026 - 10:00 AM - Penney S. Azcarate - Other-Skopic------Entry of Write of Eviction and Other Relief-removed per LC 12) 30.0 MINUTES | THOLL5 | Azcarate, Penney S. |
| 01/08/2026 | ORD | Order entered - PSA | PMONTW | Azcarate, Penney S. |
| 01/07/2026 | NOT | Notice of Suggestion of Bankruptcy Filing and Automatic Stay | SKNIG3 | Defendant |
| 01/05/2026 | ISSUED | Friday Motions Praecipe Issued for Service to Tenant(s) Occupants on 01/05/2026; Assigned to FAIRFAX SHERIFF | SMEDCA | No Judge |
| 01/02/2026 | PROPOSED ORDER - FRIDAY MOTION HEARING | Order - Proposed for Friday Motion Hearing - Proposed Order - LC#12 (1/2/2026) | KFISH2 | No Judge |
| 01/02/2026 | MOT | Emergency Motion to Stay Enforcement of Writ of Eviction Pending Appeal | KFISH2 | No Judge |
| 12/30/2025 | NOT | Notice and Motion to Enter Writ of Eviction and Other Relief | THOLL5 | No Judge |

Roa Listing

CL-2024-0013281

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **The Unit Owners Association of Lafayette Forest vs. Tiffany Locus et al.** | | | | |
| 12/30/2025 | HEAR | Hearing Scheduled (Motion - 1 wk Civil Action 01/09/2026 10:00 AM Penney S. Azcarate Other-Skopic------Entry of Write of Eviction and Other Relief) 30.0 MINUTES | THOLL5 | Azcarate, Penney S. |
| 12/30/2025 | REQ | Alias Request | SMEDCA | No Judge |
| 12/23/2025 | MOT | Emergency Motion to Stay Sale of Real Property Pending Appeal | SKNIG3 | Defendant |
| 12/04/2025 | MOT | Motion to Maintain Stay Pending Appeal | SKNIG3 | Defendant |
| 12/04/2025 | NOT | Notice of Appeal and Motion to Maintain Stay Pending Appeal | SKNIG3 | Defendant |
| 12/04/2025 | TRANSCRIPT FILED | Transcript Filed - Hearing Held July 24, 2025 | AEUDAI | Saylor, Tania M. L. |
| 11/25/2025 | TRANSCRIPT FILED | Transcript (Hearing held on 7/18/25 w/ TJM) | MEPPER | No Judge |
| 11/25/2025 | NOT | Notice of Filing Transcript | MEPPER | No Judge |
| 11/25/2025 | TRANSCRIPT FILED | Transcript for a Hearing held with TMLS on 7/24/25 | MEPPER | No Judge |
| 11/25/2025 | NOT | Notice of Dismissal of Bankruptcy Case | PMONTW | No Judge |
| 11/25/2025 | NOT | Notice of Filing Transcript | PMONTW | No Judge |
| 11/20/2025 | TRANSCRIPT FILED | Transcript Filed - Hearing Held on August 8, 2025 | PMONTW | No Judge |
| 11/20/2025 | TRANSCRIPT FILED | Transcript Filed - Hearing Held June 13, 2025 | PMONTW | No Judge |
| 11/07/2025 | FSCOA | File Sent to Court of Appeals | PMONTW | No Judge |
| 09/19/2025 | NOTACOA-CIVIL | Notice of Appeal to Court of Appeals-Civil<br>Order signed on 8/19/2025 - TJM | BBENN4 | McEvoy, Timothy J. |
| 09/11/2025 | ORD | Order entered - PSA - Suggestion of Bankruptcy against Tiffany Locus | PMONTW | Azcarate, Penney S. |
| 09/08/2025 | BANKRUPT | Suggestion of Bankruptcy - Tiffany Locus | PMONTW | No Judge |
| 09/02/2025 | ORD | Order entered - Order - Defendant's Motion to Reconsider is DENIED - TMLS | MBERGE | Saylor, Tania M. L. |
| 08/29/2025 | MOT | Motion to Recuse and to Vacate Judgement Based on Undisclosed Conflict of Interest Under Rule | SKNIG3 | Defendant |
| 08/22/2025 | MTR | Defendant's Motion to Reconsider Judgment on Court 5 and Judgment for Attorney's Fees- Sent to LC#4 | KKREM1 | Defendant |
| 08/19/2025 | ORD | Order entered - Order Regarding Motion to Reconsider Order Entered on 7/18/25 - TJM | MEPPER | McEvoy, Timothy J. |

Roa Listing

CL-2024-0013281

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **The Unit Owners Association of Lafayette Forest vs. Tiffany Locus et al.** | | | | |
| 08/19/2025 | ORD | Order entered - Order - Denied re: Defendant's Motion for Reconsideration on Default Judgment Allowing a Foreclosure Order - TMLS | MBERGE | Saylor, Tania M. L. |
| 08/15/2025 | PRAECIPE | Pro Se (Ms. Locus) has been notified via voice message that Praecipes are NOT filed for Motions for Reconsideration and that her actual pleading or motion for reconsideration has been forwarded to Law Clerk Mgr per Civil Processing. If the Judge decides on a date certain she will be notified by their Law Clerk. | THOLL5 | Defendant |
| 08/15/2025 | MTR | Defendant's Motion for Reconsideration on Default Judgment Allowing a Foreclosure Order - Sent to LCM on 8/18/2025 | MORELL | Defendant |
| 08/11/2025 | OTHER | MOTION Exhibit Log - Defendant 1 Tab | MORELL | No Judge |
| 08/08/2025 | HRHDOE | Hearing Held - Order Entered (entry of order) | VMART5 | Saylor, Tania M. L. |
| 08/08/2025 | ORD | Order entered - Order of Default Judgment as Count 5 of the First Amended Complaint and for Attorneys' Fees and Costs - TMLS | MEPPER | Saylor, Tania M. L. |
| 08/08/2025 | EXHIBIT LIST | Plaintiff's Exhibit List Admitted and ID | MORELL | Plaintiff |
| 08/08/2025 | OTHER | Exhibit Log - Plaintiff 1 Large Blue Binder | MORELL | No Judge |
| 08/08/2025 | EXHIBIT LIST | Defendant's Exhibit List Admitted and ID | MORELL | Defendant |
| 08/08/2025 | OTHER | Exhibit Log - Defendant 9 Tabs | MORELL | No Judge |
| 08/08/2025 | OTHER | MOTION Exhibit Log - Plaintiff 3 Tabs | MORELL | No Judge |
| 08/08/2025 | OFF | Off the docket - case removed from docket - (Trial - No Jury - 10/06/2025 - 10:00 AM - No Judge - 3 days - No Jury - removed per order entered by TMLS 8/8/25) 3.0 DAYS | KKREM1 | No Judge |
| 08/05/2025 | MOT | Defendant's Motion to Withdraw or Amend Admissions Under Rule 4:11(b) | MORELL | Defendant |
| 08/05/2025 | MOT | Motion for Relief and Request for Temporary Ex Parte Stay Under Rule 3:5.1(b) | MORELL | Defendant |
| 08/05/2025 | ANSWER | Defendant's Second Answer to Requests for Admissions to Plaintiff | MORELL | Defendant |

Roa Listing

CL-2024-0013281

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **The Unit Owners Association of Lafayette Forest vs. Tiffany Locus et al.** | | | | |
| 08/04/2025 | CC ORDER | Appearance before Calendar Control Judge-Order ENTERED- Defendant's request for an Emergency Stay of Judgment or any action to foreclose, lien, or evict Order that the Plaintiff credit all submitted payments to the Defendant's account, Admit Defendant's Opposition to Request for Admission, Admit the Defendant's June 13, 2025 response to Plaintiff's Request for Admission into the record. -DENIED. This is not an emergency. Defendant knew of this for a long time. Her delay does not create an emergency. Use normal Motion procedure. (DAO) | MGATE2 | Oblon, David A. |
| 08/04/2025 | NOT | Attachment Filed for Calendar Control for 8/4/2025. | ZNGUY1 | No Judge |
| 08/01/2025 | MOT | Defendant's Combined Motion to Set Aside Order for a Default Judgment and Stay Judicial Sale for All Properties Ordered Therein | JZEEMA | Defendant |
| 07/30/2025 | ORD | Order entered - Order for Default Judgment as to Counts 1 through 4 and Counts 6 and 7 and Appointing Commissioner of Sale - TMLS | SZAKHI | Saylor, Tania M. L. |
| 07/28/2025 | OTHER | Defendant's Opposition to Plaintiff's Claim for Attorney's Fees and Costs. | VMART5 | Saylor, Tania M. L. |
| 07/28/2025 | ORD | Order entered - Defendant's Motions are Denied for the reasons stated from the Bench - TMLS | SZAKHI | Saylor, Tania M. L. |
| 07/28/2025 | MOT | Defendant's Motion for Hearing on Plaintiff's Motion for Attorney's Fees | MORELL | Defendant |
| 07/28/2025 | MEMO | Defendant's Memorandum in Opposition to Plaintiff's Motion for Attorney's Fees | MORELL | Defendant |
| 07/25/2025 | BRIEF | Plaintiff's Bench Brief Regarding Count 5 of the First Amended Complaint | HPICK1 | Plaintiff |
| 07/24/2025 | COURTROOM CLERK NOTES | Courtroom Clerk Notes | VMART5 | No Judge |
| 07/24/2025 | EXHIBIT LIST | Defendant Exhibit List | VMART5 | No Judge |
| 07/24/2025 | HEAR | Hearing Scheduled (Motion - 1 wk Civil Action 08/08/2025 10:00 AM Tania M. L. Saylor entry of order) 0.0 MINUTES | SGART1 | Saylor, Tania M. L. |

Roa Listing

CL-2024-0013281

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **The Unit Owners Association of Lafayette Forest vs. Tiffany Locus et al.** | | | | |
| 07/24/2025 | HRHDOP | Hearing Held - Order Pending (3-hour Evidentiary Hearing re: Entry of Judgment<br>Set by CCJ/TMLS<br>7/16: sent follow-up e/m to plt atty & def atty – resp from plt atty, no changes.) | SGART1 | Saylor, Tania M. L. |
| 07/23/2025 | MOT | Defendant's Motion for Continuance of Evidentiary Hearing | MORELL | Defendant |
| 07/22/2025 | CC ORDER | Order-Appearance before Calendar Control Judge-Order ENTERED. Defendant's request to grant an Emergency Stay of Enforcement of Judgment or any action to Foreclose, Lien, or Evict Order that the Plaintiff credit all submitted payments to Defendants account. Admit the Defendant's June 13, 2025 response to Plaintiff's Request for Admission into the record.-DENIED, without prejudice-This is a continuance request for a matter set for Judge Saylor on 7/24/25 by Judge Saylor. The request needs to go through the Chambers of Judge Saylor. (SCS) | MGATE2 | Shannon, Stephen C. |
| 07/21/2025 | MOT | Defendant's Emergency Motion to Stay Enforcement and Admit Interrogatory Response to Discovery and Response to Admission Request | HPICK1 | Defendant |
| 07/21/2025 | NOT | Attachment Filed for Calendar Control for 7/22/2025. | ZNGUY1 | No Judge |
| 07/18/2025 | MOT | Defendant's Motion to Reconsider Judgment Deeming Plaintiff's Requests for Admission Admitted (Sent to LC 8 for Judge TJM to Review) | THOLL5 | Defendant |
| 07/18/2025 | PRAECIPE | Praecipe filed for a Motion for Reconsideration. Voice Message has been left for Pro Se (Ms. Locus) regarding Motion for Reconsideration procedures and that the Motion for Reconsideration has been Fwded to Judge TJM for Review. If Judge decides on a date certain Ms. Locus will be notified by their Law Clerk. | THOLL5 | Defendant |
| 07/18/2025 | HRHDOE | Hearing Held - Order Entered (01-Gartner-Motion to Deem Req for Admission Admitted) | SHARTM | McEvoy, Timothy J. |
| 07/18/2025 | ORD | Order entered - Objections Asserted by Defendant to Plaintiff's Requests for Admissions are Overruled - TJM | SZAKHI | McEvoy, Timothy J. |

Roa Listing

CL-2024-0013281

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **The Unit Owners Association of Lafayette Forest vs. Tiffany Locus et al.** | | | | |
| 07/18/2025 | OTHER | Attachments | MORELL | No Judge |
| 07/18/2025 | ANSWER | Defendant's Second Answer to Requests for Admissions to Plaintiff | MORELL | Defendant |
| 07/17/2025 | OPPOSITION | Defendant's Opposition to Plaintiff's Motion to Deem Requests for Admission Admitted | MORELL | Defendant |
| 07/15/2025 | SERV RET - AIS | Service Return - Attorney Issued Subpoena - Custodian of Records, Apple Federal Credit Union , Attn: Collections Department- 6/25/2025 -BU(Dennis Portillo, Branch manager) | LOQUBA | No Judge |
| 07/14/2025 | OPPOSITION | Defendant's Opposition to Plaintiff's Motion to Deem Requests for Admission Admitted | MORELL | Defendant |
| 07/10/2025 | SUBP SERV | Subpoena Served 07/07/2025 on Apple Federal Credit Union - Business(Kevin, Manager) | LOQUBA | No Judge |
| 07/02/2025 | REQ | Request for Subpoena Duces Tecum ( 1 Total- Fairfax County Sheriff) | EZAVAL | No Judge |
| 07/01/2025 | HEAR | Hearing Scheduled (Motion - 2 wk Civil Action 07/18/2025 10:00 AM No Judge 01-Gartner-Motion to Deem Req for Admission Admitted) 5.0 MINUTES | THOLL5 | No Judge |
| 07/01/2025 | | Subpoena Issued Apple Federal Credit Union to appear for a deposition Fairfax County Circuit Court, 4110 Chain Bridge Road, Fairfax, VA 22030 on July 24, 2025 at 10:00 a.m. | EZAVAL | No Judge |
| 07/01/2025 | SUBP ISS | Subpoena Issued 07/01/2025 on Apple Federal Credit Union | EZAVAL | No Judge |
| 07/01/2025 | FMP | Friday Motions Praecipe | MEPPER | No Judge |
| 07/01/2025 | MOT | Plaintiff's Motion to Deem Requests for Admission Admitted | JZEEMA | Plaintiff |
| 06/27/2025 | OPPOSITION | Plaintiff's Opposition to Defendants' Motion To Set Aside Partial Default | JZEEMA | Plaintiff |
| 06/26/2025 | | Subpoena Issued Navy Federal Credit Union to appear for a deposition Fairfax County Circuit Court, 4110 Chain Bridge Road, Fairfax, VA 22030 on July 24, 2025 at 10:00 a.m. | EZAVAL | No Judge |
| 06/26/2025 | SUBP ISS | Subpoena Issued 06/26/2025 on Navy Federal Credit Union | EZAVAL | No Judge |
| 06/26/2025 | | Subpoena Issued Bank of America to appear for a deposition Fairfax County Circuit Court, 4110 Chain Bridge Road, Fairfax, VA 22030 on July 24, 2025 at 10:00 a.m. | EZAVAL | No Judge |

Roa Listing

CL-2024-0013281

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **The Unit Owners Association of Lafayette Forest vs. Tiffany Locus et al.** | | | | |
| 06/26/2025 | SUBP ISS | Subpoena Issued 06/26/2025 on Bank of America | EZAVAL | No Judge |
| 06/26/2025 | | Subpoena Issued Apple Federal Credit Union to appear for a deposition Fairfax County Circuit Court, 4110 Chain Bridge Road, Fairfax, VA 22030 on July 24, 2025 at 10:00 a.m. | EZAVAL | No Judge |
| 06/26/2025 | SUBP ISS | Subpoena Issued 06/26/2025 on Apple Federal Credit Union | EZAVAL | No Judge |
| 06/26/2025 | AISDT | Attorney Issued Subpoena Duces Tecum (Apple Federal Credit Union, and a banking representative) | MORELL | Defendant |
| 06/25/2025 | AISDT | Attorney Issued Subpoena Duces Tecum (Apple Federal Credit Union) | JZEEMA | Plaintiff |
| 06/20/2025 | REQ | Request for Subpoena Duces Tecum Issued 06/26/2025 to Private Process Server (4 Total) | EZAVAL | No Judge |
| 06/20/2025 | AISDT | Attorney Issued Subpoena Duces Tecum (Pacific Western Bank, and a banking representative) | MORELL | Defendant |
| 06/18/2025 | MOT | Motion to Set Aside Partial Judgment | MORELL | Defendant |
| 06/18/2025 | AISDT | Attorney Issued Subpoena Duces Tecum (Alliant Credit Union) | MORELL | Defendant |
| 06/18/2025 | AISDT | Attorney Issued Subpoena Duces Tecum (Bank of America) | MORELL | Defendant |
| 06/18/2025 | AISDT | Attorney Issued Subpoena Duces Tecum (Navy Federal Credit Union) | MORELL | Defendant |
| 06/17/2025 | ORD | Order entered - Matter is Set for an Evidentiary Hearing on 7/24/2025 - TMLS | SZAKHI | Saylor, Tania M. L. |
| 06/16/2025 | HEAR | Hearing Scheduled (Trial Motion 07/24/2025 10:00 AM Tania M. L. Saylor 3-hour Evidentiary Hearing re: Entry of Judgment<br>Set by CCJ/TMLS) 3.0 HOURS | MGATE2 | Saylor, Tania M. L. |
| 06/16/2025 | AGREED ORDER PROPOSED | Proposed Order-Order-LC#4-Sent 6/17/2025 | SKNIG3 | No Judge |
| 06/16/2025 | MOT | Motion to Set Aside Partial Default Judgment | SKNIG3 | No Judge |

Roa Listing

CL-2024-0013281

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **The Unit Owners Association of Lafayette Forest vs. Tiffany Locus et al.** | | | | |
| 06/13/2025 | CC ORDER | Order-Calendar Control Judge-Order ENTERED, in court. Request to continue matter for a three-hour hearing on evidence related to entry of judgment. -GRANTED. The Court shall set this matter for evidence related to entry of judgment on 7/24/25 at 10am before Judge Saylor for a 3-hour hearing. (TMLS) | MGATE2 | Saylor, Tania M. L. |
| 06/13/2025 | ORD | Order entered - Plaintiff's Motion for a Nonsuit is Granted as to Defendant listed - TMLS | SZAKHI | Saylor, Tania M. L. |
| 06/13/2025 | HRHDOE | Hearing Held - Order Entered (01-Mancino-Motion for Partial Default Judgment<br>01-Mancino-Motion for Nonsuit as to Defendant Flagstar Bank NA) | VMART5 | Saylor, Tania M. L. |
| 06/13/2025 | RESP | Response to Amended Complaint and Motion to Dismiss Complaint (Defendant Tiffany Locus as Trustee) | MORELL | Defendant |
| 06/13/2025 | RESP | Response to Amended Complaint and Motion to Dismiss Complaint (Defendant Carpenter Capital Consulting LLC) | MORELL | Defendant |
| 06/13/2025 | RESP | Response to Amended Complaint and Motion to Dismiss Complaint (Defendant Tiffany Locus) | MORELL | Defendant |
| 06/13/2025 | MOT | Motion to Vacate Default Judgment | MORELL | Defendant |
| 06/11/2025 | ATTY RETAINED | Appearance filed by Attorney D Kyle Deak, Troutman Pepper Hamilton Sanders LLP for Nationstar Mortgage LLC. | MORELL | No Judge |
| 06/11/2025 | NOT | Notice of Appearance | MORELL | Defendant |
| 06/02/2025 | OFF | Off the docket - case removed from docket - (Motion w/ Judge - 06/13/2025 - 9:00 AM - No Judge - 01-Mancino-Motion for Nonsuit as to Defendant Flagstar Bank NA-moved to 10:00am with other Motion) 2.0 MINUTES | THOLL5 | No Judge |
| 05/29/2025 | ATTY RETAINED | Appearance filed by Attorney Anna M Mancino, Chadwick Washington Moriarty Elmore & Bunn P.C. for The Unit Owners Association of Lafayette Forest. | MORELL | No Judge |

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **The Unit Owners Association of Lafayette Forest vs. Tiffany Locus et al.** | | | | |
| 05/29/2025 | OFF | Off the docket - case removed from docket - (Motion w/ Judge - 06/06/2025 - 9:00 AM - No Judge - 01-Mancino-Motion for Nonsuit as to Defendant Flagstar Bank NA-removed per Attorney Mancino by Telephone) 2.0 MINUTES | THOLL5 | No Judge |
| 05/29/2025 | HEAR | Hearing Scheduled (Motion w/ Judge 06/13/2025 9:00 AM No Judge 01-Mancino-Motion for Nonsuit as to Defendant Flagstar Bank NA) 2.0 MINUTES | THOLL5 | No Judge |
| 05/28/2025 | HEAR | Hearing Scheduled (Motion - 1 wk Civil Action 06/13/2025 10:00 AM No Judge 01-Mancino-Motion for Partial Default Judgment) 30.0 MINUTES | THOLL5 | No Judge |
| 05/23/2025 | HEAR | Hearing Scheduled (Motion w/ Judge 06/06/2025 9:00 AM No Judge 01-Mancino-Motion for Nonsuit as to Defendant Flagstar Bank NA) 2.0 MINUTES | THOLL5 | No Judge |
| 05/23/2025 | MOT | Motion for Nonsuit Against Defendant Flagstar Bank NA | THOLL5 | No Judge |
| 05/23/2025 | PROPOSED ORDER - FRIDAY MOTION HEARING | Order - Proposed for Friday Motion Hearing | THOLL5 | No Judge |
| 05/22/2025 | SERV | Complaint: Served On Secretary of Housing and Urban Development: 05/22/2025; Service Method: Mail | MWOLDE | No Judge |
| 05/21/2025 | CORRESPONE | Correspondence | MORELL | Defendant |
| 05/21/2025 | ATTY RETAINED | Appearance filed by Attorney D Kyle Deak, Troutman Pepper Hamilton Sanders LLP for Nationstar Mortgage LLC. - Notice of Appearance attached | MORELL | No Judge |
| 05/21/2025 | ANSWER | Defendant Nation Mortgage LLC DBA Mr. Cooper's Answer to Plaintiff's First Amended Complaint | MORELL | Defendant |
| 05/16/2025 | OPPOSITION | Plaintiff's Opposition to Defendant Butterface Enterprises, LLC's Motion to Vacate Default Judgment | MCASTE | No Judge |
| 05/15/2025 | FMP | Friday Motions Praecipe - Sent to DCTP on 5/19/25- (Motion - 1 wk Civil Action 05/30/2025 10:00 AM No Judge 01-Gartner-Motion for Partial Default Judgment) 15.0 MINUTES | THOLL5 | Plaintiff |
| 05/15/2025 | MOT DJ | Motion for Partial Default Judgment | KKREM1 | Plaintiff |

Roa Listing

CL-2024-0013281

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **The Unit Owners Association of Lafayette Forest vs. Tiffany Locus et al.** | | | | |
| 05/05/2025 | SERV | Complaint Amended: Served On Mortgage Electronic Registration Systems, Inc: 04/15/2025; Service Method: Business (Lauren Phillips) | SORTEZ | No Judge |
| 05/01/2025 | ATTY RETAINED | Appearance filed by Attorney Brandon R. Jordan, for Carrington Mortgage Services LLC. | MORELL | No Judge |
| 05/01/2025 | ANSWER | Answer | MORELL | Defendant |
| 04/29/2025 | SERV RET - AIS | Service Return - Attorney Issued Subpoena - PJI Law PLC - 4/15/2025 - BU (Paul Abraham) | KFISH2 | No Judge |
| 04/28/2025 | ATTY RETAINED | Appearance filed by Attorney Ronald J Guillot Jr, Samuel I White PC (VA BEACH) for RoundPoint Mortgage. | MORELL | No Judge |
| 04/28/2025 | ANSWER | Answer to Plaintiff's First Amended First Amended Complaint | MORELL | Defendant |
| 04/24/2025 | SERV | Complaint Amended: Served On Nationstar Mortgage LLC: 04/16/2025; Service Method: Business(Rene Nordquist, R/A) | MWOLDE | No Judge |
| 04/24/2025 | SERV | Complaint Amended: Served On RoundPoint Mortgage: 04/16/2025; Service Method: Business(Rene Nordiquist, R/A) | MWOLDE | No Judge |
| 04/16/2025 | STIP | Defendant Flagstar Bank, N.A.'s Stipulation of Fact Regarding Property Interest | HPICK1 | Defendant |
| 04/15/2025 | AIS | Attorney Issued Subpoena (Records of Peake Management; Lindsey Peak) | SZAKHI | Plaintiff |
| 04/15/2025 | AIS | Attorney Issued Subpoena (PJI Law, PLC; Paul Abraham) | SZAKHI | Plaintiff |
| 04/15/2025 | CORRESPONDI | Correspondence | SZAKHI | Plaintiff |
| 04/08/2025 | ISSUED | Complaint Amended Issued for Service to RoundPoint Mortgage on 04/08/2025; Assigned to RICHMOND CITY SHERIFF | ESILES | No Judge |
| 04/08/2025 | ISSUED | Complaint Amended Issued for Service to Nationstar Mortgage LLC on 04/08/2025; Assigned to RICHMOND CITY SHERIFF | ESILES | No Judge |
| 04/08/2025 | ISSUED | Complaint Amended Issued for Service to Mortgage Electronic Registration Systems, Inc on 04/08/2025; Assigned to HENRICO SHERIFF | ESILES | No Judge |
| 04/08/2025 | REQ | Request for Service Sheriff (3) | ESILES | Plaintiff |
| 03/28/2025 | ORD | Order entered - Plaintiff's Motion for Leave to File First Amended Complaint is Granted - SJS | SZAKHI | Stoney, Susan J. |

Roa Listing

CL-2024-0013281

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **The Unit Owners Association of Lafayette Forest vs. Tiffany Locus et al.** | | | | |
| 03/28/2025 | HRHDOE | Hearing Held - Order Entered (01-Gartner-Motion for Leave to File First Amended Complaint) | CWOO13 | Stoney, Susan J. |
| 03/28/2025 | AMENDED (CIVIL) | Amended Complaint | SZAKHI | No Judge |
| 03/27/2025 | NOT SIGNED | Order Not Signed (LC#9) This Order may not be entered without a hearing. Please place the Motion to Set Aside Default Judgment on the Court's Friday Motions Docket at 10:00am. | HPICK1 | No Judge |
| 03/21/2025 | AGREED ORDER PROPOSED | Proposed Order-Order-LC#9-Sent 3/27/2025 | SKNIG3 | No Judge |
| 03/21/2025 | MOT | Motion to Vacate Default Judgement | SKNIG3 | No Judge |
| 03/18/2025 | MOT | Motion for Leave to File First Amended Complaint | THOLL5 | No Judge |
| 03/18/2025 | HEAR | Hearing Scheduled (Motion - 1 wk Civil Action 03/28/2025 10:00 AM No Judge 01-Gartner-Motion for Leave to File First Amended Complaint) 10.0 MINUTES | THOLL5 | No Judge |
| 03/18/2025 | FMP | Friday Motions Praecipe-01-Gartner-Motion for Leave to File First Amended Complaint | THOLL5 | No Judge |
| 02/21/2025 | ORD | Order entered - Plaintiff's Motion for Default is Granted - BAK | SZAKHI | Kassabian, Brett A. |
| 02/21/2025 | HRHDOE | Hearing Held - Order Entered (01 - Gartner - Motion for Default as to Butterface Enterprises, LLC) | IGONZA | Kassabian, Brett A. |
| 02/13/2025 | HEAR | Hearing Scheduled (Motion - 1 wk Civil Action 02/21/2025 10:00 AM No Judge 01 - Gartner - Motion for Default as to Butterface Enterprises, LLC) 5.0 MINUTES | KKREM1 | No Judge |
| 02/13/2025 | FMP | Friday Motions Praecipe (2/21/25) | KKREM1 | Plaintiff |
| 02/13/2025 | MOT | Motion for Default as to Butterface Enterprises, LLC | HPICK1 | Plaintiff |
| 01/17/2025 | ORD | Order entered - Order Regarding a Motion for Default to Certain Defendants - CAL | SZAKHI | Leary, Christie A. |
| 01/17/2025 | HRHDOE | Hearing Held - Order Entered (01-Gartner-Motion for Default (Praecipe filed 12/23/24)) | JHILLO | Leary, Christie A. |
| 01/03/2025 | ATTY RETAINED | Appearance filed by Attorney Joseph T Nah, Fidelity National Law Group for Lawyers Title Realty Services Inc. | HPICK1 | Defendant |
| 01/03/2025 | ANSWER | Answer-Disclaimer of Interest | HPICK1 | Defendant |

Roa Listing

CL-2024-0013281

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **The Unit Owners Association of Lafayette Forest vs. Tiffany Locus et al.** | | | | |
| 12/27/2024 | SOCT | Scheduling Order - Civil Term Day entered - PSA - Mailed copies to ALL Pro Se Def's | DROBI4 | Azcarate, Penney S. |
| 12/23/2024 | HEAR | Hearing Scheduled (Trial - No Jury 10/06/2025 10:00 AM No Judge 3 days - No Jury) 3.0 DAYS | CSHADE | No Judge |
| 12/23/2024 | HEAR | Hearing Scheduled (Motion - 1 wk Civil Action 01/17/2025 10:00 AM No Judge 01-Gartner-Motion for Default (Praecipe filed 12/23/24)) 5.0 MINUTES | THOLL5 | No Judge |
| 12/23/2024 | HRHD | Hearing Held Hearing type: Term - Law Hearing date: 12/23/2024 Time: 12:00 PM Hearing type: (Term Day - Complaint Legal Cause of Action) | CSHADE | Azcarate, Penney S. |
| 12/23/2024 | FMP | Friday Motions Praecipe (Sent to DCTP) | RFEREB | Plaintiff |
| 12/23/2024 | MOT | Motion for Default as to Butterface Enterprises, LLC, Lawyers Title Realty Services, Inc., Secretary of Housing and Urban Development, and Austin Capital Bank SSB | RFEREB | Plaintiff |
| 12/23/2024 | RESP | Response to Complaint and Motion to Dismiss Complaint | HPICK1 | Defendant |
| 12/04/2024 | ANSWER | Defendant Flagstar Bank, N.A.'s Answer to Plaintiff's Complaint | RFEREB | Defendant |
| 12/04/2024 | ATTY RETAINED | Appearance filed by Attorney Courtney T. Hitchcock, Troutman Pepper Locke LLP (VB) for Flagstar Bank NA. | KKREM1 | No Judge |
| 12/04/2024 | ATTY RETAINED | Appearance filed by Attorney Jason E Manning, Troutman Pepper Locke LLP (VB) for Flagstar Bank NA. | KKREM1 | Defendant |
| 12/03/2024 | HEAR | Hearing Scheduled (Term - Law 12/23/2024 12:00 PM No Judge Term Day - Complaint Legal Cause of Action) 0.0 MINUTES - Email & mail to def atty | CSHADE | No Judge |
| 11/21/2024 | ANSWER | Answer (Hush Little Baby LLC) | HPICK1 | Defendant |
| 11/12/2024 | ORD | Order entered - Order to Allow Late Answer - TMLS | MEPPER | Saylor, Tania M. L. |
| 11/07/2024 | ANSWER | Answer Filed | SKNIG3 | No Judge |
| 11/07/2024 | AGREED ORDER PROPOSED | Proposed Order-Order to Allow Late Answer-LC#4-Sent 11/8/2024 | SKNIG3 | No Judge |
| 11/07/2024 | MOT | Motion to File Late Answer | SKNIG3 | No Judge |
| 11/07/2024 | ATTY RETAINED | Appearance filed by Attorney Kelly R Gring, Tromberg Morris Poulin, PLLC for Carrington Mortgage Services LLC. | KKREM1 | No Judge |

Roa Listing

CL-2024-0013281

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **The Unit Owners Association of Lafayette Forest vs. Tiffany Locus et al.** | | | | |
| 11/01/2024 | HEAR | Hearing Scheduled (Term - Law 12/23/2024 12:00 PM No Judge Term Day - Complaint Legal Cause of Action) 0.0 MINUTES - email to attys & mail to attys & defs | CSHADE | No Judge |
| 10/31/2024 | ATTY RETAINED | Appearance filed by Attorney Ronald J Guillot Jr, Samuel I White PC (VA BEACH) for Matrix Financial Services Corporation. | HPICK1 | No Judge |
| 10/31/2024 | ANSWER | Answer (Matrix Financial Services Corporation nka TH MSR Holdings LLC) | HPICK1 | Defendant |
| 10/23/2024 | ATTY RETAINED | Appearance filed by Attorney Ronald J Guillot Jr, Samuel I White PC (VA BEACH) for Emmanuel D Voces Samuel I White PC. | HPICK1 | No Judge |
| 10/23/2024 | ATTY RETAINED | Appearance filed by Attorney Ronald J Guillot Jr, Samuel I White PC (VA BEACH) for Samuel I White PC. | KKREM1 | No Judge |
| 10/23/2024 | ANSWER | Answer (Emmanuel C. Voces (VP), Samuel White, P.C.) | HPICK1 | Defendant |
| 10/18/2024 | RESP | Response to Complaint and Motion to Dismiss Complaint | YAKL00 | Defendant |
| 10/15/2024 | SERV | Complaint: Served On Matrix Financial Services Corporation: 10/15/2024; Service Method: Mail; Issued for Service to Matrix Financial Services Corporation on 09/19/2024; Assigned to SECRETARY OF COMMONWEALTH | JZEEMA | No Judge |
| 10/11/2024 | SERV | Complaint: Served On Lawyers Title Realty Services Inc: 10/01/2024; Service Method: Business (Lauren Phillips); Issued for Service to Lawyers Title Realty Services Inc on 09/19/2024; Assigned to HENRICO SHERIFF | SORTEZ | No Judge |
| 10/11/2024 | SERV | Complaint: Served On Rocket Mortgage LLC: 10/01/2024; Service Method: Business (Lauren Phillips); Issued for Service to Rocket Mortgage LLC on 09/19/2024; Assigned to HENRICO SHERIFF | SORTEZ | No Judge |

Roa Listing

CL-2024-0013281

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **The Unit Owners Association of Lafayette Forest vs. Tiffany Locus et al.** | | | | |
| 10/11/2024 | SERV | Complaint: Served On United Wholesale Mortgage LLC: 10/01/2024; Service Method: Business (Lauren Phillips); Issued for Service to United Wholesale Mortgage LLC on 09/19/2024; Assigned to HENRICO SHERIFF | JZEEMA | No Judge |
| 10/11/2024 | SERV | Complaint: Served On Carrington Mortgage Services LLC: 10/01/2024; Service Method: Business (Lauren Phillips RA); Issued for Service to Carrington Mortgage Services LLC on 09/19/2024; Assigned to HENRICO SHERIFF | JZEEMA | No Judge |
| 10/10/2024 | NOT | Notice of Service and Certificate of Mailing | MCASTE | No Judge |
| 10/10/2024 | NOT | Notice of Service and Certificate of Mailing | MCASTE | No Judge |
| 10/07/2024 | SERV | Complaint: Served On Tiffany L Locus: 10/04/2024; Service Method: In Person; Issued for Service to Tiffany L Locus on 09/19/2024; Assigned to SPECIAL PROCESS SERVER | JZEEMA | No Judge |
| 10/07/2024 | SERV | Complaint: Served On Tiffany Locus: 10/04/2024; Service Method: In Person; Issued for Service to Tiffany Locus on 09/19/2024; Assigned to SPECIAL PROCESS SERVER | KFISH2 | No Judge |
| 10/07/2024 | SERV | Complaint: Served On Butterface Enterprises LLC: 10/02/2024; Service Method: Business (Katie Von); Issued for Service to Butterface Enterprises LLC on 09/19/2024; Assigned to HENRICO SHERIFF | SORTEZ | No Judge |
| 10/07/2024 | SERV | Complaint: Served On Emmanuel D Voces Samuel I White PC: 10/02/2024; Service Method: Business (Ron Guillot); Issued for Service to Emmanuel D Voces Samuel I White PC on 09/19/2024; Assigned to VIRGINIA BEACH CITY SHERIFF | KFISH2 | No Judge |
| 10/07/2024 | SERV | Complaint: Served On Emmanuel D Voces Samuel I White PC: 10/02/2024; Service Method: Business (Ron Guillot); Issued for Service to Emmanuel D Voces Samuel I White PC on 09/19/2024; Assigned to VIRGINIA BEACH CITY SHERIFF | KFISH2 | No Judge |

Roa Listing

CL-2024-0013281

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **The Unit Owners Association of Lafayette Forest vs. Tiffany Locus et al.** | | | | |
| 09/30/2024 | SERV | Complaint: Served On Carpenter Capital Consulting LLC: 09/27/2024; Service Method: Business (Justin Sennott, Esq.); Issued for Service to Carpenter Capital Consulting LLC on 09/19/2024; Assigned to FAIRFAX SHERIFF | SORTEZ | No Judge |
| 09/19/2024 | ISSUED | Complaint Issued for Service to Flagstar Bank NA on 09/19/2024; Assigned to SECRETARY OF COMMONWEALTH | EZAVAL | No Judge |
| 09/19/2024 | ISSUED | Complaint Issued for Service to Austin Capital Bank SSB on 09/19/2024; Assigned to SECRETARY OF COMMONWEALTH | EZAVAL | No Judge |
| 09/19/2024 | ISSUED | Complaint Issued for Service to Matrix Financial Services Corporation on 09/19/2024; Assigned to SECRETARY OF COMMONWEALTH | EZAVAL | No Judge |
| 09/19/2024 | ISSUED | Complaint Issued for Service to Hush Little Baby LLC on 09/19/2024; Assigned to SECRETARY OF COMMONWEALTH | EZAVAL | No Judge |
| 09/19/2024 | ISSUED | Complaint Issued for Service to Secretary of Housing and Urban Development on 09/19/2024; Assigned to SECRETARY OF COMMONWEALTH | EZAVAL | No Judge |
| 09/19/2024 | ISSUED | Complaint Issued for Service to Emmanuel D Voces Samuel I White PC on 09/19/2024; Assigned to VIRGINIA BEACH CITY SHERIFF | EZAVAL | No Judge |
| 09/19/2024 | ISSUED | Complaint Issued for Service to Butterface Enterprises LLC on 09/19/2024; Assigned to HENRICO SHERIFF | EZAVAL | No Judge |
| 09/19/2024 | ISSUED | Complaint Issued for Service to Rocket Mortgage LLC on 09/19/2024; Assigned to HENRICO SHERIFF | EZAVAL | No Judge |
| 09/19/2024 | ISSUED | Complaint Issued for Service to Lawyers Title Realty Services Inc on 09/19/2024; Assigned to HENRICO SHERIFF | EZAVAL | No Judge |
| 09/19/2024 | ISSUED | Complaint Issued for Service to Carrington Mortgage Services LLC on 09/19/2024; Assigned to HENRICO SHERIFF | EZAVAL | No Judge |

Fairfax Circuit Court

User: JVACC1

Roa Listing

CL-2024-0013281

| Date | Code | Action | Clerk | Judge |
|---|---|---|---|---|
| **The Unit Owners Association of Lafayette Forest vs. Tiffany Locus et al.** | | | | |
| 09/19/2024 | ISSUED | Complaint Issued for Service to Samuel I White PC on 09/19/2024; Assigned to VIRGINIA BEACH CITY SHERIFF | EZAVAL | No Judge |
| 09/19/2024 | ISSUED | Complaint Issued for Service to Carpenter Capital Consulting LLC on 09/19/2024; Assigned to FAIRFAX SHERIFF | EZAVAL | No Judge |
| 09/19/2024 | ISSUED | Complaint Issued for Service to United Wholesale Mortgage LLC on 09/19/2024; Assigned to HENRICO SHERIFF | EZAVAL | No Judge |
| 09/19/2024 | ISSUED | Complaint Issued for Service to Tiffany Locus on 09/19/2024; Assigned to SPECIAL PROCESS SERVER | EZAVAL | No Judge |
| 09/19/2024 | ISSUED | Complaint Issued for Service to Tiffany L Locus on 09/19/2024; Assigned to SPECIAL PROCESS SERVER | EZAVAL | No Judge |
| 09/18/2024 | A NEW CASE FILED | Complaint ($ 0.00 - 49,999) (C) filed by Gartner, Michael, Receipt Amount: $222.00 Receipt #: 1074339 | EZAVAL | No Judge |
| 09/18/2024 | ATTY RETAINED | Appearance filed by Attorney Michael C. Gartner, Chadwick Washington Moriarty Elmore & Bunn P.C. for The Unit Owners Association of Lafayette Forest. | EZAVAL | No Judge |
| 09/18/2024 | LCS | Law Cover Sheet | EZAVAL | Plaintiff |
| 09/18/2024 | AFFIDAVIT | Affidavit | EZAVAL | Plaintiff |

# EXHIBIT 3

11071076 000078 0228-LAF

Date ____________________

Check # ____________________

Amount ____________________

Notes ____________________

____________________

____________________

| Number | Account Number | Date Due | Amount Due |
|---|---|---|---|
| 1 | 14618332 | JAN 1, 2022 | $421.00 |
| | | After | Pay This Amount |
| | | JAN 15, 2022 | $451.00 |

TIFFANY LOCUS
Make check payable to:

**Lafayette Forest Condominium**

*Processing delayed 10-14 days without coupon*

LAFAYETTE FOREST CONDOMINIUM
TWC ASSOCIATION MANAGEMENT
PO BOX 105007
ATLANTA GA 30348-5007

| AMOUNT ENCLOSED |
|---|
| ................ |

0478 00000146 000000014618332 2 00042100 00045100 9

12672355 000069 0226-LAF

Date ____________

Check #____________

Amount ____________

Notes ____________

| Number | Account Number | Date Due | Amount Due |
|---|---|---|---|
| 1 | 14618332 | JAN 1, 2023 | $438.00 |
| | | After | Pay This Amount |
| | | JAN 15, 2023 | $468.00 |

TIFFANY LOCUS
Make check payable to:

**Lafayette Forest Condominium**

*Processing delayed 10-14 days without coupon*

AMOUNT ENCLOSED

LAFAYETTE FOREST CONDOMINIUM
TWC ASSOCIATION MANAGEMENT
PO BOX 105007
ATLANTA GA 30348-5007

0478 00000146 000000014618332 2 00043800 00046800 7

14532800 000066 0226-LAF

Date ________________

Check #________________

Amount ________________

Notes ________________

| Number | Account Number | Date Due | Amount Due |
|---|---|---|---|
| 1 | 14618332 | JAN 1, 2024 | $466.00 |
| | | After | Pay This Amount |
| | | JAN 15, 2024 | $496.00 |

TIFFANY LOCUS
Make check payable to:

**Lafayette Forest Condominium**

*Processing delayed 10-14 days without coupon*

LAFAYETTE FOREST CONDOMINIUM
TWC ASSOCIATION MANAGEMENT
PO BOX 105007
ATLANTA GA 30348-5007

AMOUNT ENCLOSED

................

0478 00000146 000000014618332 2 00046600 00049600 9

# EXHIBIT 4

16803079-1226-1-1 2

LAFAYETTE FOREST CONDOMINIUM
ABARIS REAL ESTATE MGMT (FORMERLY TWC)
397 HERNDON PKWY # 100
HERNDON VA 20170-4893
RETURN SERVICE REQUESTED

Lafayette Forest Condominium

| Account Number | Billing Date | Amount Due |
|---|---|---|
| 14637188 | Jan 20, 2025 | $3,883.00 |

16803079 3929WEBP 1226 1 2 1

CARPENTER CAPITAL CONSULTING LLC
7717 LAFAYETTE FOREST DR APT 22
ANNANDALE VA 22003-6338

## DESCRIPTION OF CHARGES

| Date | Description | Amount | Running Balance |
|---|---|---|---|
| 14637188 - | 7717 Lafayette Forest Dr Unit 22 | | |
| -- Prior Balance -- | | $0.00 | $2,879.00 |
| 2025-01-01 | Assessment | $487.00 | $3,366.00 |
| 2025-01-16 | Late Fee | $30.00 | $3,396.00 |
| 2025-02-01 | Assessment | $487.00 | $3,883.00 |

## IMPORTANT MESSAGE

### Payment Information

1- Please make note of your account number.
2- This is your notice of payment due. If you have already scheduled payments or have submitted payment, this statement will be for your review and records.
3- A Late fee of $30.00 will be charged if payment is not received by the 15th of the month.
4- Processing delayed 10-14 days if you send your payment without the coupon.

Date Paid ____________
Check # ____________
Amount ____________

| Association ID | Account Number | Due Date | Amount Due |
|---|---|---|---|
| Lafayette Forest Condominium | 14637188 | 01/20/2025 | **$3,883.00** |

**CARPENTER CAPITAL CONSULTING LLC**

**Make Payable To: Lafayette Forest Condominium**

**Assn ID** 146

**Mgmt ID** 478

LAFAYETTE FOREST CONDOMINIUM
ABARIS REAL ESTATE MGMT (FORMERLY TWC)
PO BOX 105007
ATLANTA GA 30348-5007

0478 00000146 000000014637188 7 00388300 00388300 2

# EXHIBIT 5

LAFAYETTE FOREST CONDO ASSOCIATION
C/O ABARIS REAL ESTATE MGMT
7811 MONTROSE RD
POTOMAC MD 20854-3363

Lafayette Forest Condo Association

| Account Number | Billing Date | Amount Due |
|---|---|---|
| V14677857 | Jun 17, 2025 | $974.00 |

*************AUTO**5-DIGIT 22003
17769852 3929WEBP 3678 1 1 1

CARPENTER CAPITAL CONSULTING LLC
7717 LAFAYETTE FOREST DR APT 22
ANNANDALE VA 22003-6338

## DESCRIPTION OF CHARGES

| Date | Description | Amount | Running Balance |
|---|---|---|---|
| V14677857 - 7717 Lafayette Forest Dr Unit 22 | | | |
| 2025-06-01 | Condominium Fee | $487.00 | $487.00 |
| 2025-07-01 | Condominium Fee | $487.00 | $974.00 |

## IMPORTANT MESSAGE

Payment Information

1- Please make note of your new 9-digit account number.

2- This is your notice of payment due. If you have already submitted payment or have payment scheduled, this statement will be for your review and records.

3- For payment options please visit our website at www.abarisrealty.com and click on Resident Services. For all billing inquiries, please email billingdept@abarisrealty.com.

Date Paid ____________

Check # ____________

Amount ____________

| Association ID | Account Number | Due Date | Amount Due |
|---|---|---|---|
| Lafayette Forest Condo | V14677857 | 07/01/2025 | **$974.00** |

**CARPENTER CAPITAL CONSULTING LLC**

**Make Payable To: Lafayette Forest Condo Association**

**Assn ID** V146

**Mgmt ID** 0036

LAFAYETTE FOREST CONDO ASSOCIATION
C/O ABARIS REAL ESTATE MGMT
PO BOX 30347
TAMPA FL 33630-3347

0036 00V146 000000V14677857 CARPENTERCAP 097400 7

# EXHIBIT 6

Gmail **Tiffany Locus <tiffany.locus@gmail.com>**

# [#XN2714534] Portal Login Information for Lafayette Forest Condo Association

1 message

**Abaris Real Estate Management Inc.** <DoNotReply@abarisrealty.com> Mon, May 25, 2026 at 12:28 PM
To: tiffany.locus@gmail.com

Please do not reply to this message.

Dear Tiffany LOCUS,

**To register for your owner portal please click on "Sign Up" to get started on https://portal.abarisrealty.com.**

You will need the following information to create your login:

**Account Number: V14678168**
**Registration Key: B0F540C5F735**

If you are having trouble signing up for the Owner Portal or have any questions at all, please reach out to us at portalhelp@abarisrealty.com, and we will be happy to assist you.

The Vantaca Owner Portal offers a **Single Sign-On (SSO)** option that allows you to access or create your ClickPay account directly through the portal. If your ClickPay account uses the same email address as your Vantaca Owner Portal registration, the accounts will sync automatically once logged in.

If you own multiple properties—either within the same association or across different associations managed by Abaris—we may be able to merge them into a single owner portal login, provided certain criteria are met.

Please note: **Merging accounts on the Vantaca Owner Portal is separate from managing properties within ClickPay.**

- Merging accounts in the **Vantaca Owner Portal** allows you to view and manage all of your properties under Abaris Real Estate Management in one place.
- However, if you wish to make payments for multiple properties through **ClickPay**, you will still need to manually add those properties to your ClickPay profile, even if they are linked in your Vantaca portal.

If you would like to find out if your properties can be merged in the Vantaca Owner Portal, please email **customercare@abarisrealty.com** with the full property addresses or account numbers.

Let us know if you need any assistance—we're happy to help!

Thank You,

Abaris Real Estate Management, Inc. (Formerly TWC)

---

**How to Register Vantaca & ClickPay.pdf**
1184K

# EXHIBIT 7

Gmail **Tiffany Locus <admin@carcapconsults.com>**

---

## Paid condo dues at Lafayette Forest Condominium

3 messages

---

**Tiffany Locus** <admin@carcapconsults.com> Wed, Apr 9, 2025 at 7:23 AM
To: mgartner@chadwickwashington.com

Attorney Gartner,

I am writing regarding the outstanding balance for the disputed condominium dues at Lafayette Forest Condominium. Please be advised that several certified cashier's checks have already been sent in payment toward this account. I respectfully request that the total amount paid through these checks be deducted from the balance currently reflected.

To ensure accuracy, I kindly ask that you or your client double-check and confirm that all of the payments submitted via check made have been properly received and included in the most recent balance evaluation. If there remains any amount due after this review, I am prepared to promptly issue another certified check to settle the remaining balance.

In the meantime, I respectfully request that any legal filings or proceedings related to this matter be placed on hold until this review is complete and all payments have been fully accounted for.

Thank you for your attention to this matter. I look forward to your confirmation and resolution.

---

**Michael Gartner** <mgartner@chadwickwashington.com> Thu, Apr 10, 2025 at 11:13 AM
To: Tiffany Locus <admin@carcapconsults.com>
Cc: Anna Mancino <amancino@chadwickwashington.com>

Ms. Locus,

Any payments that have been properly submitted, that have actually been received, and that have cleared your bank have been and will be applied to your account accordingly. Your email below provides no dates, amounts, check numbers, reference numbers, or other identifying information regarding any payments you contend you have made or that you contend have not been applied to your account, so I cannot confirm anything other than the fact that the Association will, and has always, apply any proper, lawful, cleared payments to your account when any such payments are actually received and processed by the Association. There is nothing unaccounted for on our end, and we will not place any of our legal actions against you on hold.

**Michael Gartner, Esq. | Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.**
3201 Jermantown Road, Suite 600
Fairfax, VA 22030
**P** 703-537-4102 | **F** 703-352-5293 | **E** mgartner@chadwickwashington.com

Chadwick Washington Moriarty Elmore & Bunn P.C.

*********************************************************************************

*** You may opt out of receiving further emails from us to this email address by replying with an email message that has the word 'STOP' in the subject line.**

*** This communication is from a debt collector.**

CONFIDENTIALITY NOTICE: This e-mail and any attachments are confidential and may also be privileged. If you are not the named recipient, please notify the sender immediately and delete the contents of this message without disclosing the contents to anyone, using them for any purpose, or storing or copying the information on any medium. If you are a client, this email is deemed to be attorney-client privileged and confidential.

******************************************************************************

**From:** Tiffany Locus <admin@carcapconsults.com>
**Sent:** Wednesday, April 9, 2025 7:24 AM
**To:** Michael Gartner <mgartner@chadwickwashington.com>
**Subject:** Paid condo dues at Lafayette Forest Condominium

[Quoted text hidden]

---

**Tiffany Locus** <admin@carcapconsults.com> Thu, Apr 10, 2025 at 11:40 AM
To: Michael Gartner <mgartner@chadwickwashington.com>

Thank you for the clarification on the payments received. Please hold off on further legal action until that process is complete. If there is a balance after the payments are applied, please let us know and another check will be issued. We would appreciate any opportunity to get the balance updated as soon as possible without further legal action. A good faith effort to get the account updated as been made and there is no need to file more legal action especially when a settlement offer has been sent to your client.
[Quoted text hidden]